2026 JUN 12 AM 9:18

CLERK'S OFFICE USDC PR

RECEIVED AND FILED

UNITED DISTRICT COURT
DISTRICT OF PUERTO RICO


UNITED STATES OF AMERICA,
                    Plaintiffs.

        V.S.

                              CASE NO: 3:24-cr-00342
                                           SCC
HERIBERTO MOTA-CEDENO,
                Defendant.

_____

(MOTION FOR RECONSIDERATION)


Comes Now acting pro-se, defendant Heriberto Mota-Cedeno respectfully ask that this Honorable Court reconsider it's order dated May 27, 2026, as to defendant Motion to appoint New Counsel, (See Docket text 83).

First off, the defendant explained to this Court, that defendant doesn't trust appointed Counsel, due to the fact that Counsel is only Concern with playing the role of the Prosecution Instead of being an effective attorney to the defendant. Counsel is only interested in seeking outside information that has nothing to do with defendant's Case. The United States Constitution gurantees a defendant a Counsel who will represent

the defendant effectively. This Court is basically forcing the defendant to continue with an attorney who doesn't trust the defendant and who the defendant doesn't trust. There is also other reasons that the defendant should be appointed a new counsel as previously mentioned, and with a lack of trust from both counsel and defendant, this court should reconsider it's earlier ruling, and grant this motion for a change of counsel, so that the defendant can be represented by an effective counsel as guaranteed by the U.S. Constitution. The defendant is also requesting a hearing in this matter to resolve this issue, and would go to the Puerto Rico bar of association if need to to resolve this injustice of being forced to continue with an ineffective attorney due to the fact that the defendant cannot afford counsel on his own. Defendant is asking that this court grant this motion and appoint new counsel to represent the defendant.

DATE: June 8, 2026

Heriberto Mota-Cedeno
#26571-038

- 2 of 2 -